IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE I. WEIDNER, ETC. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 97-722 |
| | ) |
| UNITED MINTERAL PRODUCTS CO., ET AL., | ) |
| including RAPID AMERICAN CORPORATION, | ) |
| in its own right, etc., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

AND NOW comes Defendant, Rapid American Corporation, in its own right, and as successor in interest to the Philip Carey Corporation, Briggs Manufacturing Company, and Glen Alden Corporation ("Rapid American"), and files the following Stipulation of Dismissal:

This day came the Plaintiff, Marie I. Weidner, etc., at Civil Action No. 97-722, through their undersigned counsel, and Rapid American, through its undersigned counsel, and hereby advises the Court that the parties have agreed to the dismissal of Defendant, Rapid American from this matter.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that all claims against Rapid American, including crossclaims, as to the claims of Plaintiff, Marie I. Weidner, etc., at Civil Action No. 97-722, are dismissed without prejudice in this matter. Each party is to bear their own costs.

Entered this 8th day of March, 2011.    BY THE COURT:

_____

| GOLDBERG PERSKY & WHITE, P.C. | DICKIE MCCAMEY & CHILCOTE, P.C. |
|---|---|
| By: _____ | By: _____ |
| Diana N. Jacobs, Esquire | Richard C. Polley, Esquire |
| Counsel for Plaintiffs | Counsel for Defendant, Rapid American Corporation, in its own right, etc. |