UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Marie I. Weidner, Executrix of the
Estate of Joseph Weidner, Deceased,
and Marie I. Weidner, in her own
right,
        Plaintiff,      : Civil Action No. 97-00722

v.

Unites States Mineral Products
Company, et al., including Safety First
Industries, Inc.
        Defendants

## STIPULATION OF DISMISSAL

AND NOW comes Defendant, Safety First Industries, Inc., and files the following Stipulation of Dismissal:

This day came the Plaintiff, Marie I. Weidner, Executrix of the Estate of Joseph Weidner, Deceased, and Marie I. Weidner, in her own right, at Civil Action No. 97-00722, by and through her counsel, Goldberg, Persky & White, P.C., and Safety First Industries, Inc., by and through its counsel, Maron Pierce, LLC, and hereby advise the Court that the parties have agreed to the dismissal of Defendant, Safety First Industries, Inc. from this matter.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that all claims against Safety First Industries, Inc., including crossclaims, as to the claims of plaintiff, Marie I. Weidner, Executrix of the Estate of Joseph Weidner, Deceased, and Marie I. Weidner, in her own right, at Civil Action No. 97-00722, are dismissed without prejudice in the instant matter. Each party is to bear its own costs.

Entered this 14th day of March, 2011. BY THE COURT _____ J.

| | |
|---|---|
| GOLDBERG, PERSKY & WHITE, P.C. | MARON PIERCE, LLC |
| By: _____ | BY: _____ |
| Diana N. Jacobs, Esquire | Joseph R. Schaper, Esquire |
| Counsel for Plaintiff | Counsel for Defendant, Safety First Industries, Inc. |