UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE I. WEIDNER, Executrix of the Estate of JOSEPH WEIDNER, deceased, | No. 2:97-cv-00722-GLL |
| Plaintiff, | |
| vs. | |
| GEORGE V. HAMILTON, INC., et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL

AND NOW comes Plaintiff, Marie I. Weidner, and files the following Stipulation of Dismissal:

This day came the Plaintiff, Marie I. Weidner, Executrix of the Estate of Joseph Weidner, Deceased, by and through her counsel, Goldberg, Persky & White, P.C., and Townsend & Bottum, Inc., by and through its counsel, McGeary Law Offices, and hereby advise the Court that the parties have agreed to the dismissal of Defendant, Townsend & Bottum, Inc. from this matter.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that all claims against Townsend & Bottum, Inc., including crossclaims, as to the claims of Plaintiff, Marie I. Weidner, Executrix of the Estate of Joseph Weidner, Deceased, at Civil Action No. 2:97-cv-00722, are dismissed without prejudice in the instant matter. Each party is to bear its own costs. Entered this 16 day of March, 2011.

BY THE COURT:

_____, C.J.

GOLDBERG, PERSKY & WHITE, P.C.        MCGEARY LAW OFFICES

By: */s/ Jason T. Shipp*                By: */s/ Hunter McGeary*
    Jason T. Shipp, Esquire                 Hunter McGeary, Esquire
    *Counsel for Plaintiff*                 *Counsel for Defendant,*
                                            *Townsend & Bottum, Inc.*