UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARIE I. WEIDNER, Executrix of the : No. 2:97-cv-00722-GLL
Estate of JOSEPH WEIDNER, deceased, :
:
    Plaintiff, :
:
vs. :
:
GEORGE V. HAMILTON, INC., et al., :
:
    Defendants. :

## STIPULATION TO EXTENSION OF DEADLINE

The undersigned counsel has entered into the below stipulation to extension of deadline in the above action, and in support thereof, avers as follows:

1. There are two Defendants remaining in the instant action: George V. Hamilton, Inc. and Power Piping.

2. In accordance with this Honorable Court's Case Management Order dated March 14, 2011, Plaintiff's Pre-Trial Statement is due on April 13, 2011.

3. Due to settlement negotiations, counsel for Plaintiff and Defendants have agreed to an extension of the deadline for filing of Plaintiff's Pre-Trial Statement until April 27, 2011.

4. No other deadlines are altered by this extension.

So Stipulated:

| | |
|---|---|
| */s/Diana Nickerson Jacobs* | */s/ Ronald J. Richert* |
| GOLDBERG, PERSKY & WHITE, P.C. | WILLMAN & SILVAGGIO, LLP |
| 1030 Fifth Avenue | 5500 Corporate Drive, Suite 150 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15237 |
| *Counsel for Plaintiff* | *Counsel for GVH and Power Piping* |

SO ORDERED: _____
                  Gary L. Lancaster

DATED 4-12-2011