UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE I. WEIDNER, Executrix of the Estate of JOSEPH WEIDNER, deceased, and MARIE I. WEIDNER, in her own right,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE. V. HAMILTON, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 97-00722 |

## STIPULATION OF DISMISSAL

Defendant, George V. Hamilton, Inc., by and through its attorneys, Willman & Silvaggio, L.L.P., files the following Stipulation of Dismissal:

This day came that Plaintiff Marie I. Weidner, at Civil Action No. 97-00722, through her undersigned counsel, and Defendant George V. Hamilton, Inc., through its undersigned counsel, hereby advises the Court that the parties have agreed to the dismissal of Defendant George V. Hamilton from this matter.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that all claims against George V. Hamilton, including crossclaims, as to the claims of Plaintiff Marie I. Weidner, at Civil Action No. 97-00722, are dismissed without prejudice in this matter. Each party is to bear their own costs.

Entered this _10_ day of _June_ 2011.          BY THE COURT:

GOLDBERG PERSKY & WHITE, P.C.                  WILLMAN & SILVAGGIO, L.L.P.

By: _Diana Jacobs_                             By: _Ronald J. Richert_        STS
Diana N. Jacobs, Esquire                       Ronald J. Richert, Esquire
Counsel for Plaintiff                          Counsel for Defendant,
                                               George V. Hamilton, Inc.