AUG. 25. 2011  3:39PM    GOLDBERG PERSKY WHITE PC                    NO. 4914   P. 2

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE I. WEIDNER, Executrix of the Estate of JOSEPH WEIDNER, deceased, and MARIE I. WEIDNER, in her own right,<br><br>Plaintiff,<br><br>vs.<br><br>POWER PIPING COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION NO. 97-00722 |

### STIPULATION OF DISMISSAL

Defendant, Power Piping Company, by and through its attorneys, Willman & Silvaggio, L.L.P., files the following Stipulation of Dismissal:

This day came that Plaintiff Marie I. Weidner, at Civil Action No. 97-00722, through her undersigned counsel, and Defendant Power Piping Company, through its undersigned counsel, hereby advises the Court that the parties have agreed to the dismissal of Defendant Power Piping Company from this matter.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that all claims against Power Piping Company, including crossclaims, as to the claims of Plaintiff Marie I. Weidner, at Civil Action No. 97-00722, are dismissed without prejudice in this matter. Each party is to bear their own costs.

Entered this 26 day of Aug 2011.

BY THE COURT:

_____

GOLDBERG PERSKY & WHITE, P.C.

WILLMAN & SILVAGGIO, L.L.P.

By: _____
Diana N. Jacobs, Esquire
Counsel for Plaintiff

By: _____
Ronald J. Richert, Esquire
Counsel for Defendant,
Power Piping Company